UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MANFREDI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | 1:13-cv-01907-JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (Doc. 12)<br><br>ORDER GRANTED PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT (Doc. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE SCOTT FRAUENHEIM IN PLACE OF CDCR |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　　On January 24, 2014, Respondent filed a motion to extend time to file a responsive pleading until March 3, 2014, citing the press of business in other cases as grounds therefore. (Doc. 12). The Court advises Respondent that it grants extensions of time only in increments of thirty days.

　　　　Additionally, on December 20, 2013, Petitioner, pursuant to the Court's order, filed a motion to amend the petition to name a proper respondent by substituting the name of Scott Frauenheim, Warden, in place of the Department of Corrections of the State of California. (Doc. 11).

///

///

1

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. Respondent's motion for extension of time (Doc. 12) is GRANTED.  Respondent has thirty days from the date of service of this Order within which to file a response to the petition.

2. Petitioner's motion to amend the petition to name the proper Respondent (Doc. 11), is GRANTED.

3. The Clerk of the Court is DIRECTED to substitute the name of Scott Frauenheim, Warden, in place of the Department of Corrections of the State of California.

IT IS SO ORDERED.

Dated:   **January 28, 2014**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE